IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSUE MIKAEL NUNEZ,<br><br>Defendant. | CR 21–24–BLG–DLC<br><br><br>ORDER |

Before the Court is the United States motion for final order of forfeiture. (Doc. 33.) This Court previously entered a preliminary order of forfeiture ordering the United States to publish the requisite notice of intent to dispose of the forfeited property. (Doc. 30.) The requisite notice has been published and no third-party claims or petitions have arisen. (Doc. 33.)

Accordingly, IT IS ORDERED that the motion (Doc. 33) is GRANTED.

IT IS FURTHER ORDERED that, if it has not already, the United States shall seize the $1,780.00 in United States currency, constituting the forfeited property in this case.

IT IS FURTHER ORDERED the right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law.

IT IS FURTHER ORDERED that all forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1).

IT IS FURTHER ORDERED that this order is incorporated into any final judgment ultimately rendered in this matter.

DATED this 14th day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court